Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 57673, the claim of the plaintiff was sustained.

No. 58336.—Dodge & Olcott, Inc., et al. v. United States, protests 175467–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of Orbis Products Corp. v. United States (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

No. 58337.—Dodge & Olcott, Inc., and Magnus Mabee & Reynard, Inc. v. United States, protests 222551–K and 223076–K (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of Orbis Products Corp. v. United States (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

No. 58338.—Dodge & Olcott, Inc., et al. v. United States, protests 225680–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of Orbis Products Corp. v. United States (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

No. 58339.—C. J. Tower & Sons v. United States, protests 103193–K, etc. (Buffalo).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of C. J. Tower & Sons v. United States (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

No. 58340.—C. J. Tower & Sons v. United States, protests 110810–K, etc. (Buffalo).